*Assistant Attorney General Wideman* for the United States.

No. 379. ANARGYROS *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James L. Gerry* and *Marvin Farrington* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 380. DELAWARE & HUDSON Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis, Montgomery B. Angell,* and *H. T. Newcomb* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 381. STEARNS, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. L. L. Hamby* and *Selden Bacon* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *Andrew D. Sharpe* for respondent.

No. 382. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* MUTUAL LIFE INS. Co. October 16, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. Frederick L. Allen, Wm. Marshall*